No. 01–6228. TURRUBIARTES-GONZALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6230. MENDOZA-MALDONADO v. UNITED STATES; and PALACIOS-PORTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 166.

No. 01–6231. LUEVANO-VELA, AKA VELA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6235. MIRANDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6239. LOPEZ-PRADO v. UNITED STATES; GARCIA-ZAVALA v. UNITED STATES; and GUERRERO-MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 165.

No. 01–6243. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6244. POLLARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6245. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6246. COLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6247. BRAGAN v. POINDEXTER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6255. HAMILTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6259. BURTON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6271. ROCKMORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6272. SANCHEZ-MUNOZ v. UNITED STATES; MARTINEZ-CALDERON v. UNITED STATES; MARTINEZ-ARAMBULA v. UNITED STATES; and MUNOZ-PATLAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 164 (third judgment) and 165 (first, second, and fourth judgments).